**COTAPAXI CUSTOM DESIGN AND MANUFACTURING, LLC (doing business as Cotapaxi, Inc.), Plaintiff–Appellant,**

v.

**CORPORATE EDGE, INC., Scott Levy, and Robyn Salzman, Defendants–Appellees.**

No. 2008–1055.

United States Court of Appeals,
Federal Circuit.

Jan. 4, 2008.

**ORDER**

Order Vacated, See 2008 WL 275862.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.